# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 3:13cr49-001/MCR

**MICHAEL FRANCIS FOUNTAIN, JR.**
_____/

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

Based on the jury's verdict of not guilty as to this defendant on Count One following a trial on September 23 and 24, 2013, the defendant MICHAEL FRANCIS FOUNTAIN, JR. is hereby ADJUDGED NOT GUILTY of the charges in Count One, and this charge is hereby DISMISSED.

**DONE and ORDERED** at Pensacola, Florida, this 25th day of September, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**